US00D982486S

EX. A

(12) **United States Design Patent**
**Pang**

(10) **Patent No.: US D982,486 S**
(45) **Date of Patent: ** Apr. 4, 2023**

(54) **ADJUSTABLE BIKE WALL HANGER**

(71) Applicant: **Xiaogang Pang**, Guangdong (CN)

(72) Inventor: **Xiaogang Pang**, Guangdong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/857,483**

(22) Filed: **Oct. 21, 2022**

(51) **LOC (14) Cl.** ............................................. **08-10**

(52) **U.S. Cl.**
USPC ........................................................ **D12/115**

(58) **Field of Classification Search**
USPC ......... D12/115, 120, 402, 406–408; D6/552; D8/370, 372
CPC ... B62H 3/00; B62H 3/02; B62H 3/04; B62H 3/08; B62H 3/10; B62H 3/12; B60R 9/06; B60R 9/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,101,107 A * | 7/1978 | Antoszewski | F16M 13/02 248/291.1 |
| D268,488 S * | 4/1983 | Arnott | D12/115 |
| D283,786 S * | 5/1986 | Chap | D8/372 |
| D308,846 S * | 6/1990 | Eckhart | D12/408 |
| D313,957 S * | 1/1991 | Martinell | D12/115 |
| D323,307 S * | 1/1992 | Fernandez-Bell | D12/115 |
| 5,078,276 A * | 1/1992 | Rogge | B62H 3/12 248/289.11 |
| D325,553 S * | 4/1992 | Weiner | D12/408 |
| D327,458 S * | 6/1992 | Martinell | D12/115 |
| D328,585 S * | 8/1992 | La Casse | D12/408 |
| 5,190,195 A * | 3/1993 | Fullhart | B60R 9/10 224/532 |
| D336,876 S * | 6/1993 | Warnelov | D12/408 |
| D337,082 S * | 7/1993 | Hellesoe | D12/115 |
| D344,868 S * | 3/1994 | Martinell | D6/552 |
| D350,935 S * | 9/1994 | Stach | D12/408 |
| D391,918 S | 3/1998 | Dunn | |
| D396,371 S * | 7/1998 | Oliver | D8/367 |
| D397,892 S * | 9/1998 | Shaha | D6/552 |
| D417,353 S * | 12/1999 | Laga | D6/552 |
| D436,074 S * | 1/2001 | McCoy | D12/407 |
| D437,164 S * | 2/2001 | Fickett | D6/552 |
| D508,342 S * | 8/2005 | Citrenbaum | D6/672 |
| D609,940 S * | 2/2010 | Samu | D8/373 |
| 7,669,822 B2 * | 3/2010 | Kluge | F16B 45/02 248/306 |
| D646,960 S * | 10/2011 | Goodman | D8/372 |
| 8,272,610 B2 * | 9/2012 | Ernst | A47L 13/16 248/302 |

(Continued)

*Primary Examiner* — Michelle E. Wilson
*Assistant Examiner* — Clese Moore, Jr.

(57) **CLAIM**

The ornamental design for an adjustable bike wall hanger, as shown and described.

**DESCRIPTION**

FIG. **1** is a back, bottom and left side perspective view of an adjustable bike wall hanger with its arm in folded state, showing my new design;
FIG. **2** is a back, bottom and left side perspective view of an adjustable bike wall hanger with its arm in extended state, showing my new design;
FIG. **3** is front, top and right side perspective view thereof;
FIG. **4** a bottom plan view thereof;
FIG. **5** is top plan view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a left side elevational view thereof;
FIG. **8** is a back elevational view thereof; and,
FIG. **9** is a front elevational view thereof.
The broken lines shown in the drawings illustrate portions of the adjustable bike wall hanger that form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,596,601 | B1 * | 12/2013 | Andersen | A47G 1/1633 248/231.71 |
| D717,701 | S * | 11/2014 | Hudson | D12/115 |
| D728,431 | S * | 5/2015 | Lang | D12/115 |
| 9,173,507 | B2 * | 11/2015 | Thrush | A47F 5/0846 |
| D772,603 | S | 11/2016 | Adlesich | |
| D780,640 | S * | 3/2017 | Hudson, Jr. | D12/115 |
| D809,435 | S * | 2/2018 | Gertner | D12/115 |
| 9,915,096 | B2 * | 3/2018 | Potter | A47F 5/01 |
| D913,777 | S * | 3/2021 | Liu | D8/370 |
| D918,783 | S * | 5/2021 | Liu | D12/115 |
| 2006/0180554 | A1 * | 8/2006 | Lang | B62H 3/12 211/18 |
| 2009/0229713 | A1 * | 9/2009 | Ernst | C21D 1/34 148/516 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9