**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| XIAOGANG PANG,<br><br>Plaintiffs<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | Case No.<br><br>**Judge**<br><br>**Magistrate Judge** |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5, Plaintiff, by counsel, hereby moves for leave to file a redacted version of the following documents and/or temporarily file the following documents under seal: (1) Schedule A to the Complaint, which includes a list of Amazon.com, Walmart.com and Temu.com Account names used by Defendants; and (2) Exhibit B to the Complaint, which contains screenshots of the Defendants' Internet Store listings. Plaintiff relies on its Memorandum in Support and the Proposed Order filed herewith to support its motion.

DATED: December 20, 2024

Respectfully Submitted:

Robert M. DeWitty
Attorney for Plaintiff
DeWitty and Associates|R.M. DeWitty,
U.S. Patent Attorney
1500 K Street, 2nd Floor
RM 249B
Washington DC 20005
Tel: 202-571-7070 / 202 888-4309
Email: admin@dewittyip.com