Shop Steadyrack

Sponsored

Sports & Outdoors › Sports › Cycling › Bike Racks & Bags › Cargo Racks

# EXHIBIT 1



2+

2 VIDEOS

Click to see full view

## Dirza Rear Bike Rack Bicycle Cargo Rack Quick Release Adjustable Alloy Bicycle Carrier 115 lbs Capacity Easy to Install Black

Brand: Dirza

4.3         (3,344)

Amazon's Choice

**50+ bought** in past month

$45⁹⁹

FREE Returns

Get $50 off instantly: Pay $0.00 $45.99 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| **Color** | Bike rack |
| **Brand** | Dirza |
| **Material** | Aluminum |
| **Item Weight** | 2.5 Pounds |
| **Product Dimensions** | 21"L x 5.7"W x 15"H |

## About this item

- STURDY:This bike carrier rack is made of durable aluminum alloy,strong and well built bike rack for carrying lots of weight.
- QUICK RELEASE:Quick release mount at seat post.Easy to install and come with tools and installation instruction.
- LARGE LOAD:This carrier rack is made of quality aluminum alloy,lightweight,but carries up to 115 lbs
- W-SHAPED & ADJUSTABLE DESIGN:Design with W-shaped bars to prevent pannier from hitting the tires,keeps your pannier safe.The adjustable shelf and bottom rods,fits 18"-27.5" mountain bike type and road bike type.
- NOTE:Does NOT fit Suspension bike,Fat tire bike, Women's cruiser bike,Bike seat,ect.The included nuts are locking nuts.When you installed the nut,The rubber inside the nut will prevent you from tightening. Just use a tool to tighten nut.

› See more product details

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**

  KEMIMOTO Rear Bike Rack for Bicycle - 220 lbs Capacity

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$45⁹⁹

FREE delivery **May 10 - June 1**

Or fastest delivery **May 10 - 30**

Delivering to Washington 20020 - Update location

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Hasitpro |
| Returns | FREE 30-day return/replacement |
| Payment | Secure transaction |

⌄ See more

Add to List

## Other sellers on Amazon

New (2) from $35⁹⁹ & **FREE Shipping**.



Donext Bike Rack - 110 lbs Rear...

4.2         47

$30⁹⁵

Sponsored