All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    0

Shop BiKASE

Sponsored

Sports & Outdoors › Sports › Cycling › Bike Racks & Bags › Bike Baskets

# EXHIBIT 2



3+

Click to see full view

## Bike Basket Rear with Liner,Waterproof Cover,Cargo Net and Bike Cargo Rack

Brand: Dirza

**-6%** $89⁹⁹

Bundle Was Price: $95.97 ⓘ
Bundle Savings: $5.98

**Get $50 off instantly: Pay $39.99 $89.99 upon approval for Amazon Visa. No annual fee.**

### Bundles with this item

| | |
|---|---|
| Color | Black |
| Brand | Dirza |
| Material | Aluminum |
| Mounting Type | Rear Seat Mount |
| Load Capacity | 115 lbs |

## About this item

- STURDY:This bike carrier rack is made of durable aluminum alloy,strong and well built bike rack for carrying lots of weight.
- QUICK RELEASE:Quick release mount at seat post.Easy to install and come with tools and installation instruction.
- LARGE LOAD:This carrier rack is made of quality aluminum alloy,lightweight,but carries up to 115 lbs
- W-SHAPED & ADJUSTABLE DESIGN:Design with W-shaped bars to prevent pannier from hitting the tires,keeps your pannier safe.The adjustable shelf and bottom rods,fits 18"-27.5" mountain bike type and road bike type.
- NOTE:Does NOT fit Suspension bike,Fat tire bike, Women's cruiser bike,Bike seat,ect.The included nuts are locking nuts.When you installed the nut,The rubber inside the nut will prevent you from tightening. Just use a tool to tighten nut.

› See more product details

Report an issue with this product or seller

Sponsored

$89⁹⁹

Delivery **Thursday, April 23**.
Order within **5 hrs 5 mins**

Delivering to Washington 20020 - Update location

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from    Amazon
Sold by       Dirza Direct
Returns       30-day refund / replacement
Payment       Secure transaction

˅ See more

Add to List



EBike Basket Dairyman X - Quick...
4.8          7
$85⁴⁹

Sponsored

## This bundle contains 2 items (may ship separately)