

STATE OF MARYLAND (CT. OF APPEALS)
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (DDC)
NORTH. DIST. OF ILLINOIS (NDIL)
SEVENTH CIRCUIT COURT OF APPEALS (7TH CIR.)
NINTH CIRCUIT COURT OF APPEALS (9TH CIR.)

WASHINGTON OFFICE:
  1500 K STREET, 2ND FL.RM213
  WASHINGTON, D.C. 20005
CHICAGO OFFICE:
  141 W. JACKSON BLVD., STE. 4216
   CHICAGO, IL. 60604
MAILING ADDRESS:
  712 H STREET, NE, PMB97894,
  WASHINGTON, DC 20002

DEWITTYIP.COM          TELE - (202) 571-7070          FAX - (202) 513-8071

March 17, 2026

# EX 2

Mr. Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
baruch.gottesman@gmail.com

***VIA EMAIL ONLY.***

Re: *Pang v. The Partnerships and Unincorporated Organizations in Schedule A* (24-cv-13141 NDIL)

## Meet and Confer Regarding Defendant Dirza Direct's Failure to Serve <u>Responses and Produce Documents</u>

Dear Mr. Gottesman:

I write on behalf of Plaintiff regarding Defendant **Dirza Direct's** failure to serve answers and produce documents responsive to Plaintiff's Request for Production of Documents (copy attached).

Plaintiff served its Request for Production of Documents on Dirza Direct on February 3, 2026. Dirza Direct's responses and document production were due on March 3, 2026 pursuant to Fed. R. Civ. P. 34(b)(2)(A). To date, Dirza Direct has not served responses, objections, or responsive documents.

Dirza Direct's failure to respond and produce documents is improper under Fed. R. Civ. P. 34 and is prejudicing Plaintiff's ability to prepare this case. In an effort to resolve this matter without court intervention, Plaintiff requests that Dirza Direct serve full written responses and produce all responsive, non-privileged documents **no later than March 31, 2026**.

If Dirza Direct contends that any responsive documents are being withheld on the basis of privilege, please provide a privilege log compliant with Fed. R. Civ. P. 26(b)(5) by that same date.

If we do not receive complete responses and production by **March 31, 2026**, Plaintiff will proceed with appropriate relief, including a motion to compel and for appropriate sanctions under Fed. R. Civ. P. 37(a), and will certify compliance with N.D. Ill. L.R. 37.2.

Please contact me promptly if you wish to discuss this issue before the deadline.

Respectively Yours,

Robert M. DeWitty
rmdewitty@dewittyip.com