## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| XIAOGANG PANG,<br><br>       Plaintiffs<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>       Defendants. | Case No.: 24-cv-13141<br><br>**Judge Honorable Sara L. Ellis**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

### Notice of Presentment
### Plaintiff's Motion to Discovery Requests

PLEASE TAKE NOTICE that Plaintiff Xiaogang Pang will present Plaintiff's <u>MOTION TO COMPEL DISCOVERY RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS</u> before the Court on April 23, 2026, at 1:45 p.m. CST, or as soon thereafter as counsel may be heard.

Plaintiff gives this Notice of Presentment to advise Defendant Dirza Direct and all interested parties of the date and time on which the foregoing motion is to be presented.

FIRST.- Plaintiff will present Plaintiff's <u>MOTION TO COMPEL DISCOVERY RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS</u> on April 23, 2026, at 1:45 p.m. CST.

SECOND.- The motion seeks relief enforcing discovery requests and such other and further relief as the Court deems just and proper.

THIRD.- A copy of Plaintiff's <u>MOTION TO COMPEL DISCOVERY RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS</u>, together with any supporting papers, is being served with or has been served prior to this Notice of Presentment upon counsel of record and/or Defendant Dirza Direct in accordance with the applicable rules.

DATED: April 21, 2026                    Respectfully Submitted:

Robert M. DeWitty
Attorney for Plaintiff
D&A|R.M. DeWitty, U.S. Pat. Atty., LLC
1500 K Street, 2nd Floor
RM 213, Washington DC 20005

741 W. Jackson Street,  RM 4216
Chicago, Il. 60604
Tel: 202-571-7070 / 202 888-4309
Email: admin@dewittyip.com